Unsealed 4/28/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21158-Cr-Jordan/McAliley

UNITED STATES OF AMERICA    :
                            :     ~~Sealed~~
vs.                         :
                            :
MICHAEL McNERNEY            :

FILED by _____ D.C.
JAN 15 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

## DEFENDANT McNERNEY'S UNOPPOSED MOTION TO SEAL

Defendant MICHAEL McNERNEY, through counsel, respectfully moves to seal his Objection ██████████████████████████████████████████████████

The matters referenced in Defendant McNerney's Objection ██████████████ ████████████ are all sensitive and have been the subject of earlier sealed filings by the codefendants and the government. Accordingly, in an abundance of caution, Mr. McNerney requests to seal his Objection ██████████████████████████████.

AUSA Michael Davis, counsel for the government, advises that the government agrees with the sealing of these filings.

Respectfully submitted,

SCOTT A. SREBNICK, ESQ.                JOSE M. QUINON, ESQ.
(Fla. Bar No. 872910)                  (Fla. Bar No. 201944)
SCOTT A. SREBNICK, P.A.                2333 Brickell Avenue, Suite A-1
201 South Biscayne Boulevard, #1380    Miami, FL 33129
Miami, FL 33131                        305-858-5700
305-285-9019                           jquinon@quinonlaw.com
scott@srebnicklaw.com

/s/ Scott Srebnick                     /s/ Scott Srebnick
_____                _____
Scott A. Srebnick, Esq.                Jose M. Quinon, Esq.

55/AJS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was e-mailed and mailed to the following named addressees, this 15th day of January 2009:

Michael S. Davis
Assistant U. S. Attorney
U. S. Attorney's office
99 N.E. 4th Street
Miami, FL 33132

Richard G. Lubin
Richard G. Lubin, P.A.
1217 S. Flagler Drive, 2nd Floor
West Palm Beach, FL 33401

Edward R. Shohat
Bierman, Shohat, Loewy & Klein
800 Brickell Avenue, PH 2
Miami, FL 31331

Scott A. Srebnick