UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL NO. 08-21158-CR-JORDAN/McALILEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL McNERNEY | ) |
| _____ | ) |

**DEFENDANT McNERNEY'S UNOPPOSED MOTION TO TRAVEL**

Defendant MICHAEL J. McNERNEY, through counsel, respectfully moves this Honorable Court for an order permitting him to travel to Asheville, NC, from today, November 30, 2010, through Sunday, December 5, 2010, to attend the funeral of his former law partner, Michael Brinkley. In support of this motion, Mr. McNerney states:

1. After voluntarily surrendering, Mr. McNerney, a lawyer, was released on a $500,000 personal surety bond and a $400,000 ten percent bond. His travel is restricted to the Southern and Middle District of Florida without prior leave of Court.

2. Mr. McNerney has complied with all of his bond conditions for two years.

3. Mr. McNerney learned today that his former law partner, Michael Brinkely, died in Asheville, North Carolina, which is where the funeral will be held.

4. Mr. McNerney is not yet aware of the schedule for the funeral. He seeks permission to travel to Asheville, NC, from today, November 30, 2010, through Sunday, December 5, 2010, to attend the funeral and be with Mr. Brinkley's family.

5. Undersigned counsel has communicated with AUSA Ryan O'Quinn, who has

advised that he has no objection to the requested travel.

WHEREFORE defendant MICHAEL McNERNEY respectfully requests that this Court enter an Order permitting him to travel as requested above.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott Srebnick | /s/ Jose Quinon |
| SCOTT A. SREBNICK, ESQ. | JOSE M. QUINON, ESQ. |
| (Fla. Bar No. 872910) | (Fla. Bar No. 201944) |
| SCOTT A. SREBNICK, P.A. | 2333 Brickell Avenue, Suite A-1 |
| 201 South Biscayne Boulevard, #1380 | Miami, FL 33129 |
| Miami, FL 33131 | 305-858-5700 |
| 305-285-9019 | jquinon@quinonlaw.com |
| scott@srebnicklaw.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed via CM/ECF this 30th day of November, 2010.

/s/Scott Srebnick
Scott A. Srebnick

2